**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 6:20-cr-123-Orl-78DCI**
**(Forfeiture)**

**KAVITA I. HARACK**

## ORDER OF FORFEITURE

The defendant pled guilty to Counts One and Two of the Information which charges her with wire fraud, in violation of 18 U.S.C. § 1343, and the United States has established that the defendant obtained $604,637.25 in proceeds as a result of the offenses.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Doc. 29, to forfeit the $604,637.25 in proceeds the defendant obtained as a result of her wire fraud offenses. The motion is **GRANTED**. The United States is entitled to forfeit the $604,637.25 in proceeds which the defendant obtained as a result of her participation in the wire fraud offenses.

Because the proceeds were dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the amount of the proceeds the defendant obtained.

Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 6, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to: Attorneys of record