UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:20-cr-123-Orl-78DCI

KAVITA HARACK

### UNITED STATES' SECOND MOTION TO CONTINUE SENTENCING HEARING (UNOPPOSED)

The United States hereby moves to continue the sentencing hearing in this case for approximately ten days. On October 19, 2020, the defendant pleaded guilty pursuant to an Information to two counts of wire fraud. Doc. 1. The sentencing in this case was initially set for January 4, 2021. The United States moved for a one-week continuance due to the assigned AUSA's out-of-State scheduling conflict, after which the defense moved for a continuance due to defense counsel's health condition. *See* Docs. 25, 26, 28, 30. The sentencing hearing was recently re-scheduled for February 23, 2021. The defendant remains out on bond pending her sentencing.

The FBI Special Agent assigned to this matter is one of two agents in the Orlando/Tampa area previously selected to attend a limited-offering FBI Evidence Response Team drone pilot training that will be held from February 22 through February 26, 2021. The course will be held in Fredericksburg, Virginia. The case agent would thus be unavailable to attend the sentencing hearing. Therefore, the Government respectfully requests that the sentencing hearing in this case be

continued to sometime between March 4, 2021 and March 8, 2021, or between March 10, 2021 and March 31, 2020.[1]

The Government has conferred with the defense, which does not object to the requested continuance.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

                *s/ Chauncey A. Bratt*
                Chauncey A. Bratt
                Assistant United States Attorney
                USA No. 174
                400 W. Washington Street, Suite 3100
                Orlando, Florida 32801
                Telephone:   (407) 648-7500
                E-mail:   chauncey.bratt@usdoj.gov

---

[1] The undersigned Assistant U.S. Attorney has a date-certain jury trial scheduled for March 1 through March 3, 2021 before U.S. District Court Judge Byron, and defense counsel is unavailable March 3, 2021 or March 9, 2021.

U.S. v. HARACK                                              Case No. 6:20-cr-123-Orl-78DCI

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark O'Brien, Esq.

>*/s/ Chauncey A. Bratt*
>CHAUNCEY A. BRATT
>Assistant United States Attorney
>USA No. 174
>400 W. Washington Street, Suite 3100
>Orlando, Florida 32801
>Telephone:   (407) 648-7500
>Facsimile:    (407) 648-7643
>E-mail:       chauncey.bratt@usdoj.gov