UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 6:20-CR-123-WWB-DCI |
| | : | |
| KAVITA L. HARACK | : | |
| _____ | : | |

**NOTICE TO THE COURT REGARDING MEDICAL RECORDS**

COMES NOW, the undersigned counsel, on behalf of the Defendant, KAVITA L. HARACK, in response to this Honorable Court's Order to Show Cause, files this notice to the court regarding the submission of medical records relating to the Defendant's hospitalization on March 31, 2021.

## **CONCLUSION**

WHEREFORE, the Defendant, KAVITA L. HARACK, by and through her undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
O'Brien Hatfield Reese, PA
511 West Bay Street
Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
