**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:20-cr-123-WWB-DCI**

**KAVITA L. HARACK**

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Chauncey Arthur Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Mark J. O'Brien |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | PRETRIAL/PROBATION: | Omayra Hernandez |
| SCHEDULED DATE/TIME: | April 1, 2021 9:30 AM | INTERPRETER: | N/A |

**MINUTES ON SENTENCING**

Case called; appearances taken.

Counsel for defense stated he received notification that Ms. Harack is in the hospital for an unknown condition on March 31, 2021.  He has not been able to definitively confirm Ms. Harack's presence at the hospital.

The Government stated that given Ms. Harack's history there is concern of the authenticity of her absence at the hearing.

The Court will issue an Order to Show Cause why Bond Should not Revoked (by separate Order) and response will be due by close of business, Monday, April 5, 2021. Defense counsel may email Chambers any medical documentation to confirm Ms. Harack's hospitalization and they will be filed on the docket under seal.

The Court continued the Sentencing to April 7, 2021 at 2:00pm, to be set by separate notice.

Court adjourned.

**Time in court: 10:15am – 10:30am = 15 minutes**