**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 6:20-cr-123-WWB-DCI

KAVITA L. HARACK
_____/

**ORDER**

This cause comes before the Court on a Sentencing scheduled for April 1, 2021 at 9:30 a.m. where the Defendant, Kavita L. Harack, was required to appear in person, but failed to appear. Counsel for Defendant informed the Court that he believed Defendant was in the hospital for an unknown condition as of March 31, 2021.  However, Defense counsel has not been able to definitively confirm that Ms. Harack is in the hospital and no continuance of the hearing was granted. Therefore, it is

**ORDERED** that Defendant shall **SHOW CAUSE why her bond shall not be revoked for failure to appear at Sentencing** on or before close of business, Monday, **April 5, 2021**. Because counsel for defense has an authorized medical records release form, Mr. O'Brien may email Chambers any medical documents to confirm Ms. Harack's hospitalization and the Clerk of the Court will file the documents under seal.  Failure to respond to said Order will result in the issuance of a warrant for Defendant Kavita L. Harack's arrest.

**DONE AND ORDERED** in Orlando, Florida on April 1, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties