UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.:   6:20-CR-123-WWB-DCI |
| : | |
| KAVITA L. HARACK : | |
| _____ : | |

**DEFENDANT KAVITA L. HARACK'S NOTICE TO THE COURT REGARDING ALLOCUTION STATEMENT**

COMES NOW, the Defendant, KAVITA L. HARACK, by and through her undersigned counsel, and respectfully files this his notice to the court regarding her allocution statement for sentencing and in support states as follows:

1. Enclosed please find the Defendant's allocution statement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

    Respectfully submitted,

    /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    O' Brien Hatfield Reese, PA
    511 West Bay Street
    Suite 330
    Tampa, Florida 33606
    Direct: (813) 228-6989
    Email: mjo@markjobrien.com