To the Honorable District Court Judge Berger:

I would like to apologize to everyone for all the distress I have caused. I am sorry for lying and not being truthful about my health. I'm sorry for the inconvenience I've made everyone gone through while preparing my case and the unnecessary stress I've caused to everyone. I would also like to apologize to my former employer for my actions that caused them all uncanny amount of turmoil. I know what I did was wrong, and I hope that the court can forgive me for lying. I promise to be a better person in the future and hope that my actions going forward proves that I truly made the worst decision of my life.

Sincerely,

Kavita Harack