UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.: 6:20-CR-123-WWB-DCI-1 |
| : | |
| KAVITA L. HARACK : | |
| _____ : | |

**DEFENDANT KAVITA L. HARACK'S**
**EMERGENCY MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW, the Defendant, KAVITA L. HARACK, by and through her undersigned counsel, and hereby files this her emergency motion to continue her sentencing hearing and in support states as follows:

1. The Defendant pled guilty on October 19, 2020, pursuant to a government sponsored plea agreement.

2. The Defendant is scheduled for sentencing on April 7, 2021.

3. Undersigned counsel was informed by the Defendant that she remains in the hospital due to surgical complications.

4. Undersigned counsel respectfully requests a two-week continuance to allow the Defendant to recover from surgery.

5. The Defendant is out of custody and does not oppose this motion.

6.         Undersigned counsel attempted to obtain the government's position, but due to the urgency of this motion, a position could not be reached in time. Undersigned counsel will supplement this motion if he receives a response after the filing of this motion.

## CONCLUSION

WHEREFORE, the Defendant, KAVITA L. HARACK, by and through her undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

/s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on April 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
