UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:   6:20-CR-123-WWB-DCI |
| | : | |
| KAVITA L. HARACK | : | |
| _____ | : | |

**<u>NOTICE TO THE COURT REGARDING MEDICAL RECORDS</u>**

COMES NOW, the undersigned counsel, on behalf of the Defendant, KAVITA L. HARACK, and pursuant to this Court's Order, files this notice regarding the submission of the Defendant's medical records relating to her continued hospitalization due to complications arising out of her surgery. The medical records will be submitted to the Clerk on April 7, 2021 via hand-delivery, unless otherwise directed by this Court.

## **CONCLUSION**

WHEREFORE, the Defendant, KAVITA L. HARACK, by and through her undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
O'Brien Hatfield Reese, PA
511 West Bay Street
Third Floor - Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on April 7, 2021, I filed the foregoing with the Clerk of the Court by CM/ECF which will send an electronic notice to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
