UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:20-cr-123-Orl-78DCI

KAVITA HARACK

### UNITED STATES' MOTION TO REVOKE DEFENDANT KAVITA HARACK'S RELEASE

The United States hereby moves to revoke Defendant Kavita Harack's release in the above-captioned case. On October 19, 2020, the defendant pleaded guilty pursuant to an Information and Plea Agreement to two counts of wire fraud. Docs. 1, 4. In the Plea Agreement, Harack admitted to embezzling over $480,000 from an Orlando display services company while working as an accountant there between April 2018 and May 2019. Doc. 4 at 19–20. Harack also admitted to embezzling over $118,000 from an Orlando project design company between July and December 2019, where she also worked as an accountant. *Id.* at 20–21.

When Harack had her initial appearance and entered her plea in October 2020, the Court set conditions for her release, including that she "is prohibited from working in a role that allows her to conduct or process financial transactions," and that she must not violate any federal, state, or

local law. Doc. 16 at 5. Harack has been subject to those conditions of release since October 19, 2020. *Id.* Her sentencing hearing, which has been continued several times, is currently scheduled for May 13, 2021.

On May 5, 2021, the United States was contacted by R.B., the Chief Financial Officer of an Orlando company that processes claims for insurance carriers. R.B. reported that Harack was hired as an accountant at his company in February 2020, in which capacity she worked until she was terminated in late April 2021. R.B. stated that in her capacity as an accountant at his company, Harack was responsible for conducting financial transactions including reviewing and processing the company's payables and making payments to vendors.

Harack was terminated by the insurance claim processing company approximately two weeks ago after the company discovered what it believes to be the embezzlement of more than $250,000 by Harack during the time of her employment, much of which occurred after Harack entered her plea in the instant case. Some of the funds that the company believes to have been embezzled by Harack were used to pay the utility bills for Harack's known residence in Kissimmee, Florida. The company was unaware of Harack's embezzlement charges in the instant case until recently. Harack did not report her employment with the insurance claims company to the U.S.

Probation Office. *See* Doc. 37, Presentence Report ¶ 69 (explaining that Harack claimed to the U.S. Probation Office that she was employed full-time at a telemarking company working as a customer service representative, but that Harack failed to provide a pay stub in support of this claim after the Probation Office requested one)

The United States has obtained wage and earnings records from the State of Florida which confirm that Harack worked for the insurance claim processing company from early 2020 through the first quarter of 2021, *i.e.* during the same time that she was prohibited from conducting or processing financial transactions for any employer. *See* Doc. 16 at 5.

In addition to Harack's violation of her employment prohibition and her misrepresentation to the U.S. Probation Office about this employment, Harack has also lied to the U.S. Government and the U.S. Probation Office regarding her medical condition, falsely claiming that she was pregnant and falsifying medical records in support of this claim. *See* Doc. 37, Presentence Report ¶¶ 61–63. Harack made these representations in order to try to obtain a continuance of her sentencing hearing (and thereby delay the start of her potential incarceration), *id.,* and likely also to gain sympathy for her sentencing. In what is becoming a recurrent and suspicious pattern, Harack

also claimed to have different medical issues preventing her from attending her sentencing hearings on April 1, 2021 and May 4, 2021.[1]

Based on the information set forth above, there is no condition or combination of conditions of release that will assure that Harack will appear for her sentencing hearing and that she will not pose a danger to the community. The United States thus moves pursuant to 18 U.S.C. § 3148 to revoke the order providing for Harack's release.

        Respectfully submitted,

        KARIN HOPPMAN
        Acting United States Attorney

        *s/ Chauncey A. Bratt*
        Chauncey A. Bratt
        Assistant United States Attorney
        USA No. 174
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:   (407) 648-7500
        E-mail:   chauncey.bratt@usdoj.gov

---

[1] The sentencing hearing on April 1, 2021, was continued by the court after Harack provided medical records in support of her medical claim. The sentencing hearing on May 4, 2021, was continued by the Court for other reasons before Harack's claim of another medical issue was brought to the Court's attention.

U.S. v. HARACK        Case No. 6:20-cr-123-Orl-78DCI

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark O'Brien, Esq.

/s/ Chauncey A. Bratt
CHAUNCEY A. BRATT
Assistant United States Attorney
USA No. 174
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      chauncey.bratt@usdoj.gov