UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:20-cr-123-Orl-78DCI

KAVITA HARACK

**UNOPPOSED MOTION TO
CONTINUE REVOCATION HEARING (TIME ONLY)**

The United States hereby moves to continue the motion hearing currently scheduled in this case for 10 a.m. on May 12, 2021, until 1 p.m. that same day, provided that the Court is available at that time.

The United States filed a motion to revoke the defendant's release on May 10, 2021 (Doc. 59), following which the Court scheduled a motion hearing for 10 a.m. on May 12, 2021 (*see* Doc. 60). The FBI case agent assigned to this case who the United States intends to have testify at the revocation hearing is scheduled to appear in front of Judge Smith to provide testimony in a different matter at 11 a.m. on May 12, 2021, which could potentially conflict with the hearing in the instant case.   In addition, the undersigned Assistant U.S. Attorney is currently in the middle of a criminal

trial in *U.S. v. Rivas Nunez*, Case No. 6:21-cr-2-PGB-EJK,[1] which is scheduled to conclude during the morning of May 12, 2021.

The United States thus respectfully requests that the Court continue the hearing on May 12, 2021, until later in the day, subject to the Court's availability. The United States has conferred with counsel for the defense, Mark O'Brien, who indicated that he does not object to the continuance provided that the hearing can be scheduled for 1 p.m., as he has another obligation later that day.

                Respectfully submitted,

                KARIN HOPPMAN
                Acting United States Attorney

                *s/ Chauncey A. Bratt*
                Chauncey A. Bratt
                Assistant United States Attorney
                USA No. 174
                400 W. Washington Street, Suite 3100
                Orlando, Florida 32801
                Telephone: (407) 648-7500
                E-mail: chauncey.bratt@usdoj.gov

---

[1] The undersigned is assisting as co-counsel in that case.

U.S. v. HARACK                              Case No. 6:20-cr-123-Orl-78DCI

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark O'Brien, Esq.

/s/ *Chauncey A. Bratt*
CHAUNCEY A. BRATT
Assistant United States Attorney
USA No. 174
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:    (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:       chauncey.bratt@usdoj.gov