UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

           VS.           **CASE NO. 6:20-cr-123-WWB-DCI**

**KAVITA L. HARACK**

AUSA: Chauncey Bratt

Defense Attorney: Mark O'Brien

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **May 12, 2021**<br>1:09-1:17PM<br>8 minutes |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Brandon Ramirez |

**CLERK'S MINUTES**
**MOTION HEARING RE REVOCATION OF CONDITIONS OF RELEASE**

Case called, appearances made, procedural setting by the Court.
Hearing on Motion for Revocation of Defendant's Release.
Defendant not present.
Government makes oral motion for the Court to issue a bench warrant for defendant's failure to appear, Court grants motion.
Warrant to be issued.
Court adjourned.