**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**UNITED STATES OF AMERICA**

VS.                                                                                                          CASE NO: 6:20-cr-123-WWB-DCI

**KAVITA L. HARACK**

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Chauncey Arthur Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Mark J. O'Brien |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | PRETRIAL/PROBATION: | Omayra Hernandez |
| SCHEDULED DATE/TIME: | May 13, 2021 10:30 AM | INTERPRETER: | N/A |

## MINUTES ON SENTENCING

Defendant placed under oath.

Defense makes ore tenus motion to continue Sentencing for 30 days to review new discovery.
Government objects the motion to continue.
Court denies the ore tenus motion to continue Sentencing for reasons stated on the record.

Government calls Special Agent Kerrie Harney as witness, duly sworn, testifies.
Cross-examination.
Re-direct.

**SENTENCE IMPOSED as to Counts One and Two of the Information.**

**INCARCERATION**: Fifteen (15) years as to Count 1 and fifteen (15) years as to Count 2, all such terms to run concurrently.

**SUPERVISED RELEASE**: 3 years. This term consists of a 3-year term as to Counts One and Two, all such terms to run concurrently.
    *Special conditions of supervised release:*
    Mandatory drug testing requirements are suspended.
    Drug aftercare conditions imposed.
    Mental health treatment conditions imposed.
    Defendant shall cooperate in the collection of DNA.
    Credit conditions imposed.
    Search conditions imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $200.00 is due immediately.

**RESTITUTION**: AMOUNT $ $486,507.46, payable to Seacoast Bank (Design Shop) and $118,129.79 to Scenario Cockram USA, Inc.

**FORFEITURE ORDERED** of those assets identified in the Preliminary Order of Forfeiture entered at Doc. 31.

The defendant is **remanded** to the custody of the United States Marshal.

Defendant advised of right to appeal.

Court adjourned.

**Time in court: 10:33am – 11:47am = 1 hour, 14 minutes**