UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.:   6:20-CR-123-WWB-DCI |
| : | |
| KAVITA L. HARACK : | |
| _____ : | |

### DEFENDANT KAVITA L. HARACK'S NOTICE OF APPEAL

COMES NOW, undersigned counsel, on behalf of the Defendant, KAVITA L. HARACK, and files this his notice of appeal as to the judgment and conviction in the above styled case.

    Respectfully submitted,

    By: /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    O'Brien Hatfield Reese, PA
    511 West Bay Street, Suite 330
    Tampa, Florida 33606
    Telephone: (813) 228-6989
    Facsimile: Fax: (866) 202-5964
    Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire