UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA :
:
:
:
v. : Case No.: 6:20-CR-123-WWB-DCI-1
:
:
:
KAVITA L. HARACK :
_____ :

# MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, the Defendant, KAVITA L. HARACK, by and through her undersigned counsel, and hereby files this his motion to withdraw as counsel of record, and in support states as follows:

1. The Defendant pled guilty on October 19, 2020, pursuant to a government sponsored plea agreement.

2. On May 13, 2021, this Honorable Court sentenced the Defendant to fifteen (15) years in custody of the Bureau of Prisons followed by three years of supervised release.

3. On May 21, 2021, the judgment and conviction was filed in this case.

4. On May 21, 2021 the Defendant filed a notice of appeal.

5. Undersigned counsel moves to withdraw as counsel of record.

6. On January 24, 2020, the Defendant entered into a fee agreement for legal representation in the above styled case number in the Orlando Division of the Middle District of Florida.

7. The fee agreement between the Defendant and attorney Mark J. O'Brien specifically stated on page one that it did not include an appeal to the Eleventh Circuit Court of Appeal.

8. Upon request by this Honorable Court, undersigned counsel will forward a copy of the signed fee agreement to this Honorable Court.

## CONCLUSION

WHEREFORE, the Defendant, KAVITA L. HARACK, by and through her undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email:mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien  
Mark J. O'Brien, Esquire