# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren  
Clerk of Court

Benjamin C. Wynn  
Orlando Division Manager

**DATE:** May 24, 2021

**TO:**  Clerk, U.S. Court of Appeals for the Eleventh Circuit

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:20-cr-123-WWB-DCI**

**KAVITA L. HARACK**

**U.S.C.A. Case No.:**  TBD

- Honorable Wendy W. Berger, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

ELIZABETH M. WARREN, CLERK

By:  s/LJ, Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 6:20-CR-123-WWB-DCI |
| | : | |
| KAVITA L. HARACK | : | |
| _____ | : | |

### **DEFENDANT KAVITA L. HARACK'S NOTICE OF APPEAL**

COMES NOW, undersigned counsel, on behalf of the Defendant, KAVITA L. HARACK, and files this his notice of appeal as to the judgment and conviction in the above styled case.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
O'Brien Hatfield Reese, PA
511 West Bay Street, Suite 330
Tampa, Florida 33606
Telephone: (813) 228-6989
Facsimile: Fax: (866) 202-5964
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire

APPEAL, CLOSED, SL DOC

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:20-cr-00123-WWB-DCI All Defendants

Case title: USA v. Harack

Date Filed: 09/02/2020
Date Terminated: 05/13/2021

Assigned to: Judge Wendy W. Berger
Referred to: Magistrate Judge Daniel C. Irick

**Defendant (1)**

**Kavita L. Harack**
*TERMINATED: 05/13/2021*

represented by **Mark J. O'Brien**
O'Brien Hatfield, PA
511 W Bay St Ste 330
Tampa, FL 33606-3533
813/228-6989
Fax: 866/202-5964
Email: mjo@markjobrien.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION
(1-2)

**Disposition**

INCARCERATION: Fifteen (15) years as to Count 1 and fifteen (15) years as to Count 2, all such terms to run concurrently. SUPERVISED RELEASE: 3 years. This term consists of a 3-year term as to Counts One and Two, all such terms to run concurrently. FINE: waived. SPECIAL ASSESSMENT of $200.00 is due immediately. RESTITUTION: AMOUNT $ $486,507.46, payable to Seacoast Bank (Design Shop) and $118,129.79 to Scenario Cockram USA, Inc.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Chauncey Arthur Bratt**<br>US Attorney's Office - FLM*<br>Suite 3100<br>400 W Washington St<br>Orlando, FL 32801<br>407/648-7506<br>Fax: 407/648-7643<br>Email: chauncey.bratt@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Nicole M. Andrejko**<br>US Attorney's Office - FLM<br>Suite 3100<br>400 W Washington St<br>Orlando, FL 32801<br>407/648-7560<br>Fax: 407/648-7643<br>Email: nicole.andrejko@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2020 | [1](#) | INFORMATION as to Kavita L. Harack (1) count(s) 1-2. (LDJ) (Entered: 09/02/2020) |
| 09/02/2020 | [3](#) | WAIVER OF INDICTMENT by Kavita L. Harack (LDJ) (Entered: 09/02/2020) |
| 09/02/2020 | [4](#) | PLEA AGREEMENT re: count(s) 1-2 of the Information as to Kavita L. Harack (LDJ) (Entered: 09/02/2020) |
| 09/08/2020 | 5 | NOTICE OF HEARING as to Kavita L. Harack: Initial Appearance/Arraignment and Change of Plea Hearing set for 9/17/2020 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. ctp(RN) (Entered: 09/08/2020) |
| 09/11/2020 | [6](#) | MOTION to Continue Initial Appearance and Change of Plea Hearing by Kavita L. Harack. (O'Brien, Mark) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 09/11/2020) |
| 09/11/2020 | 7 | **ENDORSED ORDER granting [6](#) Motion to Continue Hearing as to Kavita L. Harack (1). The hearing will be re-set by separate notice. Signed by Magistrate Judge Daniel C. Irick on 9/11/2020. (Irick, Daniel)** (Entered: 09/11/2020) |
| 09/11/2020 | 8 | NOTICE OF RESCHEDULING HEARING: The Initial Appearance and Change of Plea hearing previously scheduled for 9/17/2020 is rescheduled as to Kavita L. Harack. New hearing date and time: Initial Appearance and Change of Plea Hearing |

| | | |
|---|---|---|
| | | set for 9/24/2020 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. ctp(RN) (Entered: 09/11/2020) |
| 09/23/2020 | 9 | Unopposed MOTION to Continue Initial Appearance and Guilty Plea Hearing by Kavita L. Harack. (O'Brien, Mark) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 09/23/2020) |
| 09/23/2020 | 10 | **ENDORSED ORDER granting 9 Unopposed Motion to Continue Hearing as to Kavita L. Harack (1). The hearing will be reset by separate notice. Signed by Magistrate Judge Daniel C. Irick on 9/23/2020. (Irick, Daniel)** (Entered: 09/23/2020) |
| 09/23/2020 | 11 | NOTICE OF RESCHEDULING HEARING: The Initial Appearance and Change of Plea hearing previously scheduled for 9/24/2020 is rescheduled as to Kavita L. Harack. New hearing date and time: Initial Appearance and Change of Plea Hearing set for 10/19/2020 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick.(RN) (Entered: 09/23/2020) |
| 10/19/2020 | 12 | Minute Entry for proceedings held before Magistrate Judge Daniel C. Irick: Initial Appearance and Change of Plea Hearing as to Kavita L. Harack held on 10/19/2020. Plea of guilty entered as to Counts 1-2. (Digital) (RN) (Entered: 10/19/2020) |
| 10/19/2020 | 13 | **ACCEPTANCE OF THE WAIVER OF INDICTMENT as to Kavita L. Harack. Signed by Magistrate Judge Daniel C. Irick on 10/19/2020. ctp(RN)** (Entered: 10/19/2020) |
| 10/19/2020 | 14 | NOTICE and CONSENT regarding entry of a plea of guilty as to Kavita L. Harack. (RN) (Entered: 10/19/2020) |
| 10/19/2020 | 15 | CONSENT to institute presentence investigation report as to Kavita L. Harack. (RN) (Entered: 10/19/2020) |
| 10/19/2020 | 16 | **ORDER Setting Conditions of Release as to Kavita L. Harack. Signed by Magistrate Judge Daniel C. Irick on 10/19/2020. ctp(RN)** (Entered: 10/19/2020) |
| 10/19/2020 | 17 | **REPORT AND RECOMMENDATION Concerning Plea of Guilty re: counts 1-2 of the Information as to Kavita L. Harack. Signed by Magistrate Judge Daniel C. Irick on 10/19/2020. ctp(RN)** (Entered: 10/19/2020) |
| 10/19/2020 | 18 | NOTICE of no objection re 17 Report and Recommendation Concerning Plea of Guilty by Kavita L. Harack.(RN) (Entered: 10/19/2020) |
| 11/05/2020 | 20 | ORDER and ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Counts One and Two of the Information as to Kavita L. Harack. The Report and Recommendation 17 is ADOPTED and CONFIRMED and made a part of this Order. Signed by Judge Wendy W. Berger on 11/5/2020. (RMF)ctp (Entered: 11/05/2020) |
| 11/05/2020 | 21 | NOTICE OF HEARING as to Kavita L. Harack: Sentencing set for 1/4/2021 at 09:30AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than 12/28/2020. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 30 minutes. Defendant's presence required. (RMF)ctp (Entered: 11/05/2020) |
| 11/09/2020 | 22 | NOTICE *to the Court Regarding Length of Sentencing* by Kavita L. Harack (O'Brien, Mark) (Entered: 11/09/2020) |
| 12/02/2020 | 24 | **ORDER as to Kavita L. Harack: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory** |

| | | |
|---|---|---|
| | | evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (LDJ) (Entered: 12/02/2020) |
| 12/02/2020 | 25 | Unopposed MOTION to Continue Sentencing Hearing by USA as to Kavita L. Harack. (Bratt, Chauncey) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 12/02/2020) |
| 12/02/2020 | 26 | **ENDORSED ORDER granting 25 Motion to Continue Sentencing as to Kavita L. Harack (1). Hearing to be set by separate notice. Signed by Judge Wendy W. Berger on 12/2/2020. (RMF)ctp** (Entered: 12/02/2020) |
| 12/02/2020 | 27 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 1/4/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 1/19/2021 at 02:00PM in Orlando Courtroom 3 B before Judge Wendy W. Berger. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than 1/12/2021. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 30 minutes. Defendant's presence required. (RMF)ctp (Entered: 12/02/2020) |
| 01/05/2021 | 28 | Unopposed MOTION to Continue Sentencing Hearing on January 19, 2021 by Kavita L. Harack. (O'Brien, Mark) (Entered: 01/05/2021) |
| 01/05/2021 | 29 | MOTION for Forfeiture of order of forfeiture by USA as to Kavita L. Harack. (Andrejko, Nicole) (Entered: 01/05/2021) |
| 01/06/2021 | 30 | **ENDORSED ORDER granting 28 Unopposed MOTION to Continue Sentencing as to Kavita L. Harack (1). Signed by Judge Wendy W. Berger on 1/6/2021. (RMF)ctp** (Entered: 01/06/2021) |
| 01/06/2021 | 31 | **ORDER granting 29 Motion for Forfeiture of Property as to Kavita L. Harack (1). Signed by Judge Wendy W. Berger on 1/6/2021. (RMF)ctp** (Entered: 01/06/2021) |
| 01/06/2021 | 32 | NOTICE OF HEARING as to Kavita L. Harack: Sentencing set for 2/23/2021 at 09:30AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than 2/16/2021. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 30 minutes. Defendant's presence required. (RMF)ctp (Entered: 01/06/2021) |
| 01/12/2021 | 33 | Unopposed Second MOTION to Continue Sentencing Hearing by USA as to Kavita L. Harack. (Bratt, Chauncey) Modified text on 1/12/2021 (ARJ). (Entered: 01/12/2021) |
| 01/14/2021 | 34 | **ENDORSED ORDER granting 33 Unopposed Second MOTION to Continue Sentencing as to Kavita L. Harack (1). Signed by Judge Wendy W. Berger on 1/14/2021. (RMF)ctp** (Entered: 01/14/2021) |
| 01/14/2021 | 35 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 2/23/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 3/30/2021 at 09:30AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than 3/23/2021. 2 Hours reserved. |

| | | |
|---|---|---|
| | | Defendant's presence required. (RMF)ctp Modified on 1/14/2021 (RMF). (Entered: 01/14/2021) |
| 03/09/2021 | 36 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 3/30/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 4/1/2021 at 9:30AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than 3/25/2021. 2 Hours reserved. Defendant's presence required. (RMF)ctp (Entered: 03/09/2021) |
| 04/01/2021 | 39 | NOTICE *to the Court Regading the Submission of the Defendant's Medical Records* by Kavita L. Harack (O'Brien, Mark) (Entered: 04/01/2021) |
| 04/01/2021 | 40 | Minute Entry for In Person Sentencing proceedings held before Judge Wendy W. Berger: Sentencing Continued. Court Reporter: Heather Suarez (Interpreter/Language: N/A) (RMF) (Entered: 04/01/2021) |
| 04/01/2021 | 41 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 4/1/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 4/7/2021 at 02:00PM in Orlando Courtroom 3 B before Judge Wendy W. Berger. 2 Hours reserved. Defendant's presence required. (RMF)ctp (Entered: 04/01/2021) |
| 04/01/2021 | 42 | **ORDER to Show Cause as to Kavita L. Harack why her bond shall not be revoked for failure to appear at Sentencing on or before close of business, Monday, April 5, 2021. Because counsel for defense has an authorized medical records release form, Mr. O'Brien may email Chambers any medical documents to confirm Ms. Harack's hospitalization and the Clerk of the Court will file the documents under seal. Signed by Judge Wendy W. Berger on 4/1/2021. (RMF)ctp** (Entered: 04/01/2021) |
| 04/01/2021 | | S-43 Sealed Document (RMF) (Entered: 04/01/2021) |
| 04/01/2021 | 44 | **ENDORSED ORDER as to Kavita L. Harack. The Order to Show Cause 42 is DISCHARGED. Medical records were provided to the Court. Signed by Judge Wendy W. Berger on 4/1/2021. (RMF)ctp** (Entered: 04/01/2021) |
| 04/05/2021 | 45 | NOTICE *to the Court regarding her allocution statement* by Kavita L. Harack (Attachments: # 1 Allocution Statement)(O'Brien, Mark) (Entered: 04/05/2021) |
| 04/05/2021 | | Sealed Document (S-52) (LDJ) (Entered: 04/07/2021) |
| 04/05/2021 | | Sealed Document (S-53) (LDJ) (Entered: 04/07/2021) |
| 04/05/2021 | | Sealed Document (S-54) (LDJ) (Entered: 04/07/2021) |
| 04/06/2021 | 46 | Emergency MOTION to Continue *the Sentencing Hearing scheduled for April 7, 2021* by Kavita L. Harack. (O'Brien, Mark) (Entered: 04/06/2021) |
| 04/06/2021 | 47 | **ORDER granting 46 Emergency MOTION to Continue the Sentencing Hearing as to Kavita L. Harack (1). Hearing to be reset by separate notice. Signed by Judge Wendy W. Berger on 4/6/2021. (RMF)ctp** (Entered: 04/06/2021) |
| 04/06/2021 | 48 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 4/7/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 5/4/2021 at 09:30AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. 2 Hours reserved. Defendant's presence required. (RMF)ctp (Entered: 04/06/2021) |
| 04/06/2021 | 50 | NOTICE *to the Court Regarding the Defendant's Medical Records* by Kavita L. |

| | | |
|---|---|---|
| | | Harack re 49 Unopposed MOTION to Seal . (O'Brien, Mark) (Entered: 04/06/2021) |
| 04/12/2021 | | Sealed Document S-55 (KNC) (Entered: 04/13/2021) |
| 05/03/2021 | 56 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 5/4/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 5/28/2021 at 09:30AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than 5/21/2021. 2 hours reserved. Defendant's presence required. (RMF)ctp Modified on 5/3/2021 (RMF). (Entered: 05/03/2021) |
| 05/07/2021 | 57 | NOTICE OF RESCHEDULING HEARING: The Setencing hearing previously scheduled for 5/28/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 5/11/2021 at 02:00PM in Orlando Courtroom 3 B before Judge Wendy W. Berger. 2 hours reserved. Defendant's presence required. (RMF)ctp (Entered: 05/07/2021) |
| 05/07/2021 | 58 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 5/11/2021 is rescheduled as to Kavita L. Harack. New hearing date and time:Sentencing set for 5/13/2021 at 10:30AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than 5/10/2021. 2 hours reserved. Defendant's presence required. (RMF)ctp (Entered: 05/07/2021) |
| 05/10/2021 | 59 | MOTION to Revoke Defendant's Release by USA as to Kavita L. Harack. (Bratt, Chauncey) (Entered: 05/10/2021) |
| 05/10/2021 | 60 | NOTICE OF HEARING ON MOTION in case as to Kavita L. Harack: 59 MOTION to Revoke Defendant's Release . Motion Hearing set for 5/12/2021 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. ctp(RN) (Entered: 05/10/2021) |
| 05/10/2021 | 61 | Unopposed MOTION to Continue Revocation Hearing (Time Only) by USA as to Kavita L. Harack. (Bratt, Chauncey) (Entered: 05/10/2021) |
| 05/11/2021 | 62 | NOTICE RESCHEDULING HEARING ON MOTION (TIME ONLY) in case as to Kavita L. Harack: 59 MOTION to Revoke Defendant's Release . Motion Hearing reset for 5/12/2021 at 01:00 PM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. ctp(RN) (Entered: 05/11/2021) |
| 05/12/2021 | 63 | **ENDORSED ORDER granting 61 Motion to Reschedule Hearing as to Kavita L. Harack (1). The hearing was rescheduled by prior Notice. Signed by Magistrate Judge Daniel C. Irick on 5/12/2021. (Irick, Daniel)** (Entered: 05/12/2021) |
| 05/12/2021 | 64 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: Hearing re MOTION hearing as to Kavita L. Harack held on 5/12/2021 re 59 MOTION to Revoke Defendant's Release filed by USA. Defendant was not present, Court orders issuance of bench warrant. (Digital) (RN) (Entered: 05/12/2021) |
| 05/12/2021 | 65 | ORE TENUS MOTION for Bench Warrant by USA as to Kavita L. Harack. (RN) (Entered: 05/12/2021) |
| 05/12/2021 | 66 | **ENDORSED ORDER granting Ore Tenus 65 Motion for Bench Warrant as to Kavita L. Harack (1). Warrant to be issued. Signed by Magistrate Judge Daniel C. Irick on 5/12/2021. (RN)** (Entered: 05/12/2021) |
| 05/12/2021 | | Arrest of Kavita L. Harack on 5/12/2021 (RN) (Entered: 05/12/2021) |

| | | |
|---|---|---|
| 05/12/2021 | 68 | NOTICE OF HEARING as to Kavita L. Harack: Initial Appearance on Bench Warrant set for 5/13/2021 at 09:30 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. ctp(RN) (Entered: 05/12/2021) |
| 05/13/2021 | 69 | **ENDORSED ORDER granting 59 Motion to Revoke Pretrial Release as to Kavita L. Harack (1). As stated on the record and without objection from the Defendant, the Defendant's pretrial release is revoked for the reasons set forth in the government's Motion. Signed by Magistrate Judge Daniel C. Irick on 5/13/2021. (Irick, Daniel)** (Entered: 05/13/2021) |
| 05/13/2021 | 70 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: Initial Appearance as to Kavita L. Harack held on 5/13/2021, MOTION hearing as to Kavita L. Harack held on 5/13/2021 re 59 MOTION to Revoke Defendant's Release filed by USA. (Digital) (RN) (Entered: 05/13/2021) |
| 05/13/2021 | 72 | **ORDER Revoking Conditions of Release(or bond) as to Kavita L. Harack Signed by Magistrate Judge Daniel C. Irick on 5/13/2021. ctp (RN)** (Entered: 05/13/2021) |
| 05/13/2021 | 73 | Minute Entry for In Person proceedings held before Judge Wendy W. Berger: SENTENCING held on 5/13/2021 for Kavita L. Harack (1), Count(s) 1-2, INCARCERATION: Fifteen (15) years as to Count 1 and fifteen (15) years as to Count 2, all such terms to run concurrently. SUPERVISED RELEASE: 3 years. This term consists of a 3-year term as to Counts One and Two, all such terms to run concurrently. FINE: waived. SPECIAL ASSESSMENT of $200.00 is due immediately. RESTITUTION: AMOUNT $ $486,507.46, payable to Seacoast Bank (Design Shop) and $118,129.79 to Scenario Cockram USA, Inc. Court Reporter: Heather Suarez (Interpreter/Language: N/A) (RMF) (RMF). (Entered: 05/13/2021) |
| 05/13/2021 | 74 | ORE TENUS MOTION to Continue Sentencing for 30 days, stated in open court on 5/13/2021 by counsel for defendant Kavita L. Harack. (RMF) (Entered: 05/13/2021) |
| 05/13/2021 | 75 | **ORAL ORDER denying 74 ORE TENUS MOTION to Continue Sentencing for 30 days as to Kavita L. Harack (1), for reasons stated on the record. Rendered in open court by Judge Wendy W. Berger on 5/13/2021. (RMF)** (Entered: 05/13/2021) |
| 05/14/2021 | 76 | Bench Warrant Returned Executed on 5/12/21 as to Kavita L. Harack. (LDJ) (Entered: 05/14/2021) |
| 05/21/2021 | 77 | **JUDGMENT as to Kavita L. Harack (1), Count(s) 1-2, INCARCERATION: Fifteen (15) years as to Count 1 and fifteen (15) years as to Count 2, all such terms to run concurrently. SUPERVISED RELEASE: 3 years. This term consists of a 3-year term as to Counts One and Two, all such terms to run concurrently. FINE: waived. SPECIAL ASSESSMENT of $200.00 is due immediately. RESTITUTION: AMOUNT $ $486,507.46, payable to Seacoast Bank (Design Shop) and $118,129.79 to Scenario Cockram USA, Inc. Signed by Judge Wendy W. Berger on 5/21/2021. (RMF)** (Entered: 05/21/2021) |
| 05/21/2021 | 79 | NOTICE OF APPEAL by Kavita L. Harack re 77 Judgment. Filing fee not paid (O'Brien, Mark) (Entered: 05/21/2021) |
| 05/21/2021 | 80 | MOTION to Withdraw as Attorney by Mark J. O'Brien. by Kavita L. Harack. (O'Brien, Mark) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/21/2021) |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v

KAVITA L. HARACK

Case Number: 6:20-cr-123-WWB-DCI

USM Number: 13104-509

Mark J. O'Brien, Retained
511 W Bay St Ste 330
Tampa, FL 33606-3533

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One and Two of the Information. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | October 31, 2018 | One |
| 18 U.S.C. § 1343 | Wire Fraud | December 27, 2019 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

May 13, 2021

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

May 21, 2021

Kavita L. Harack
6:20-cr-123-WWB-DCI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Fifteen (15) years as to Count 1 and fifteen (15) years as to Count 2, all such terms to run concurrently**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
_____
Deputy U.S. Marshal

Kavita L. Harack
6:20-cr-123-WWB-DCI

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **3 years**. This term consists of a 3-year term as to Counts One and Two, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.
4. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
5. You must cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions as follows.

Kavita L. Harack
6:20-cr-123-WWB-DCI

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____     Date:_____

Kavita L. Harack
6:20-cr-123-WWB-DCI

# ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

3. The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| TOTALS | $200.00 | $604,637.25 | Waived | N/A | N/A |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss[3] | Restitution Ordered |
|---|---|---|
| Seacoast Bank (Design Shop)<br>50 Kindred Street<br>Suite 203<br>Stuart, FL 34994 | $486,507.46 | $486,507.46 |
| Scenario Cockram USA, Inc.<br>Attention: Vice President<br>7600 Kingspointe Parkway<br>Unit 101<br>Orlando, FL 32819 | $118,129.79 | $118,129.79 |

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Kavita L. Harack
6:20-cr-123-WWB-DCI

# SCHEDULE OF PAYMENTS

While in the custody of the Bureau of Prisons, the defendant shall either (1) pay at least $25.00 quarterly if working non-Unicor or (2) pay at least 50 percent of his or her monthly earnings if working in a Unicor position. Upon release from custody, the defendant is ordered to begin making payments of $150.00 per month and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in the ability to pay. **The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture (Doc. 31), that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

AO 245B (Rev. 09/19) Judgment in a Criminal Case